**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00496-CMA-MEH

NEAL GREENBERG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,

    Defendants.

---

## ORDER TRANSFERRING CASE

---

This matter comes before the Court upon review of the file. Pursuant to D.C.COLO.LCivR 40.1A and with the approval and consent of Chief Judge Wiley Y. Daniel, it is

ORDERED that this matter is transferred to Chief Judge Wiley Y. Daniel.

DATED: March   08  , 2011

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge