## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 1:11-cv-00496-WYD-MEH

NEAL GREENBERG, Individually and on Behalf of All
Others Similarly Situated,

               v.

                                       PLAINTIFF,

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

                                       DEFENDANTS.

**SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to serve upon

Jeffrey A. Berens, Esq.

plaintiff's attorney, whose address is:

DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

(Seal of the Court)

Date: March 11, 2011

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.



# **RETURN OF SERVICE**

State of Colorado, County of Boulder

I declare under oath that I served this (1) Summons, (2) Amended Complaint (Greenberg), (3) Instructions Regarding Notice of Availability of a Magistrate Judge, (4) Notice of Case Association, (5) 3/7/11 Minute Order Setting Scheduling Conference & Standing Order for Any Settlement Conference, and (6) 3/8/11 Order Transferring Case on Emergency Medical Services Corporation c/o Registered Agent: Corporation Service Company at 1560 Broadway #2090, Denver, CO 80202, in Denver County on 03/11/11 at 1:35 pm by hand delivery to Pamela Trujillo, clerk, authorized to accept service.

I am over the age of 18 years and am not interested in nor a party to this case.

Date: 03/15/11

Sign: _Elliott Jeff_

Private Process Server: Elliott Leslie

Signed under oath before me on 03/15/11

Notary Public: Joshua E. Fortenbaugh

Sign: _____

My commission expires 08/15/12

My Commission Expires 08/15/2012