**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00496-WYD-MEH

NEAL GREENBERG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

---

**ENTRY OF APPEARANCE BY MARIE E. WILLIAMS**

---

PLEASE TAKE NOTICE that Marie E. Williams of the law firm of Faegre & Benson LLP hereby enters her appearance as counsel for Defendant Emergency Medical Services Corporation. In connection with this appearance, Emergency Medical Services Corporation specifically reserves the right to assert, and does not waive, any defenses it may have in this litigation including, but not limited to, defenses of improper venue, lack of personal jurisdiction,

or insufficient process.  All pleadings, notices, correspondence, and other matters in this action should be directed to Ms. Williams at the address indicated below.

Respectfully submitted this 21st day of March, 2011.

*s/ Marie E. Williams*
William J. Leone
Marie E. Williams
FAEGRE & BENSON LLP
1700 Lincoln Street, Suite 3200
Denver, Colorado 80203
Phone: (303) 607-3500
Fax:  (303) 607-3600
E-mail:  WLeone@faegre.com
    MWilliams@faegre.com

*Attorneys for Defendant Emergency Medical Services Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of March, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE BY MARIE E. WILLIAMS** with the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com

                        *s/ Colleen H. Russell*
                        Colleen H. Russell, Legal Secretary

fb.us.6520925.01

3