**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00496-WYD-MEH

NEAL GREENBERG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that pursuant to D.C.COLO.LCivR 11.1, Bruce A. Featherstone, of Featherstone Petrie DeSisto LLP, enters his appearance in this case on behalf of Defendant Goldman, Sachs & Co.

- 2 -

DATED:  March 24, 2011.                    Respectfully submitted,


*s/ Bruce A. Featherstone*
Bruce A. Featherstone
**FEATHERSTONE PETRIE DESISTO LLP**
600 17th Street, Suite 2400-S
Denver, Colorado  80202-5424
Telephone:  303-626-7100
Facsimile:  303-626-7101
bfeatherstone@featherstonelaw.com

*Attorneys for Defendant Goldman, Sachs & Co.*

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 24, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey A. Berens | jeff@dyerberens.com |
| Robert J. Dyer III | bob@dyerberens.com |
| Marie E. Williams | mwilliams@faegre.com |
| William J. Leone | wleone@faegre.com |
| Meredith A. Johnston | meredith.johnston@hro.com |

      *s/ Rose Cusack*
      Rose Cusack