IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00496-WYD-MEH

NEAL GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2011.**

    The Unopposed Motion for Extension of Time for All Defendants to Respond to the Amended Complaint filed by Defendant Emergency Medical Services Corporation ("EMS") [filed March 31, 2011; docket #15] is **granted in part and denied without prejudice in part**. EMS shall file an answer or other response to the Amended Complaint on or before May 13, 2011. EMS' request for extension concerning all other Defendants is denied without prejudice for failing to comply with D.C. Colo. LCivR 11.1.