UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80294

RICHARD P. MATSCH
SENIOR DISTRICT JUDGE

(303) 844-4627
FAX (303) 335-2311

April 1, 2011

## MEMORANDUM

TO:      Greg Langham, Clerk

s/rpm

FROM:  Judge Matsch

RE:      Civil Action No. 11-cv-00496-RPM
              Greenberg v Emergency Medical Services Corp., et al.

Exercising my prerogative as a senior judge, I request that the referenced case be reassigned.