## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 1:11-cv-00496-WYD-MEH

NEAL GREENBERG, Individually and on Behalf of All
Others Similarly Situated,

              v.

PLAINTIFF,

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

DEFENDANTS.

**SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to serve upon

Jeffrey A. Berens, Esq.

plaintiff's attorney, whose address is:

DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

(Seal of the Court)

Date: March 11, 2011

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Jeffrey A. Berens, Esq.<br>Dyer & Berens, LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>Telephone No: 303-861-1764   FAX No: 303-395-0393 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Colorado

Plaintiff: Neal Greenberg, et al.
Defendant: Emergency Medical Services Corporation, et al.

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>11CV00496WYDMEH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Plaintiff's Amended Complaint; Notice of Availability of a US Magistrate Judge to Exercise Jurisdiction; Notice of Case Association; Order Transferring Case; Minute Order Setting Scheduling Conference and Standing Order for any Settlement Conference

3. a. Party served:        Merrill Lynch Pierce Fenner & Smith, Inc.
   b. Person served:       Amber McSpadden, Person Authorized to Accept Service

4. Address where the party was served:   Bank of America
                                         100 N. Tryon Street
                                         Charlotte, NC 28255

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 17, 2011 (2) at: 1:45PM

7. Person Who Served Papers:
   a. Michael VanKeuren
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NORTH CAROLINA that the foregoing is true and correct.

3/28/11     *Michael VanKeuren*
(Date)           (Signature)

8. STATE OF NORTH CAROLINA, COUNTY OF Forsyth
Subscribed and sworn to (or affirmed) before me on this 28th day of March, 2011 by Michael VanKeuren proved to me on the basis of satisfactory evidence to be the person who appeared before me.

RACHEL BRYANT
Notary Public, North Carolina
Forsyth County
My Commission Expires
March 04, 2014

AFFIDAVIT OF SERVICE     *Rachel Bryant*
                          (Notary Signature)

jeber.119549

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Jeffrey A. Berens, Esq.<br>Dyer & Berens, LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>Telephone No: 303-861-1764    FAX No: 303-395-0393 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Colorado

Plaintiff: Neal Greenberg, et al.
Defendant: Emergency Medical Services Corporation, et al.

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>11CV00496WYDMEH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Plaintiff's Amended Complaint; Notice of Availability of a US Magistrate Judge to Exercise Jurisdiction; Notice of Case Association; Order Transferring Case; Minute Order Setting Scheduling Conference and Standing Order for any Settlement Conference

3. a. Party served:        Merrill Lynch, Pierce, Fenner & Smith, Inc.
   b. Person served:      Desiree Wells, Vice President / Legal Department

4. Address where the party was served:   4 World Financial Center, #4
                                         250 Vesey Street
                                         New York, NY 10281

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 17, 2011 (2) at: 11:21AM

7. Person Who Served Papers:
   a. Bobby Ali
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

03-28-11
(Date)          (Signature)

8. STATE OF NEW YORK, COUNTY OF New York
Subscribed and sworn to (or affirmed) before me on this 28TH day of MARCH, 2011 by Bobby Ali proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE                (Notary Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 14

jebes.119552

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, I electronically filed the foregoing **SUMMONS AND AFFIDAVITS OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Phillip A. Geraci
Jeffrey A. Fuisz
W. Stewart Wallace
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
Telephone:  212/836-8000
212/836-8689 (fax)
pageraci@kayescholer.com
jfuisz@kayescholer.com
swallace@kayescholer.com

Gary W. Kubek
Lisa Howley
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
Telephone:  212/909-6000
212/909-6836 (fax)
gwkubek@debevoise.com
lhowley@debevoise.com

Lawrence Portnoy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
Telephone:  212/450-4000
212/701-5800 (fax)
lawrence.portnoy@davispolk.com

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone:  212/373-3000
212/757-3990 (fax)
msilverman@paulweiss.com


*s/ Jeffrey A. Berens*
Jeffrey A. Berens
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com