IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00496-RPM-MEH

NEAL GREENBERG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C.COLO.LCivR 11.1, Timothy R. Macdonald, of Arnold & Porter, LLP, hereby enters his appearance as counsel of record for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated ("BofA Merrill Lynch") in this action.

DATED: April 1, 2011                    Respectfully submitted,


                                        /s/ Timothy R. Macdonald
                                        Edwin P. Aro
                                        Timothy R. Macdonald
                                        Nathan D. Foster
                                        ARNOLD & PORTER LLP
                                        370 Seventeenth Street, Suite 4500
                                        Denver, Colorado 80202-1370
                                        Telephone: (303) 863-1000
                                        Facsimile: (303) 832-0428
                                        Ed.Aro@aporter.com
                                        Timothy.Macdonald@aporter.com
                                        Nathan.Foster@aporter.com

                                        *Counsel for BofA Merrill Lynch*


DATED: April 1, 2011                    Respectfully submitted,


                                        /s/ Timothy R. Macdonald
                                        Edwin P. Aro
                                        Timothy R. Macdonald
                                        Nathan D. Foster
                                        ARNOLD & PORTER LLP
                                        370 Seventeenth Street, Suite 4500
                                        Denver, Colorado 80202-1370
                                        Telephone: (303) 863-1000
                                        Facsimile: (303) 832-0428
                                        Ed.Aro@aporter.com
                                        Timothy.Macdonald@aporter.com
                                        Nathan.Foster@aporter.com

                                        *Counsel for BofA Merrill Lynch*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, I electronically filed and served the foregoing NOTICE OF ENTRY OF APPEARANCE via the CM/ECF system to the following:

| | |
|---|---|
| Jeffrey Allen Berens | jeff@dyerberens.com |
| Robert J. Dyer, III | bob@dyerberens.com |
| Darby K. Kennedy | darby@dyerberens.com |
| William J. Leone | wleone@faegre.com |
| Marie Elizabeth Williams | mwilliams@faegre.com |
| David Bruce Wilson | david.wilson@hro.com |
| Meredith A. Johnston | meredith.johnston@hro.com |
| Bruce A. Featherstone | bfeatherstone@featherstonelaw.com |

/s/ Sonia Siewert