IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00496-PAB-MEH

NEAL GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,
GOLDMAN, SACHS & CO., and
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2011.**

    Plaintiff's Unopposed Motion for Extension of Time to Serve Defendant Onex Corporation [filed April 4, 2011; docket #38] is **granted in part and denied in part**. Plaintiff shall effect service upon Onex Corporation on or before May 31, 2011, and shall provide the Court with a return of service within five business days after service.