**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00496-PAB-MEH

NEAL GREENBERG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN, SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

**ORDER GRANTING JOINT MOTION TO STAY LITIGATION, TO CONTINUE ALL PENDING DEADLINES, AND TO VACATE SCHEDULING CONFERENCE**

THIS MATTER comes before the Court on the parties' Joint Motion To Stay Litigation, To Continue All Pending Deadlines, And To Vacate Scheduling Conference (the "Motion"). Having reviewed the Motion and finding good cause therein,

IT IS HEREBY ORDERED as follows:

1.    The Motion is GRANTED;

2.    The above-captioned case is stayed pending resolution of the preliminary injunction motion in the Delaware Action;

3.  The parties are required to submit a notice to this Court within 10 days after resolution of the preliminary injunction motion in the Delaware Action;

4.  All deadlines in effect as of April 28, 2011, are continued until the Court determines how this matter should proceed in light of the resolution of the preliminary injunction motion in the Delaware Action; and

5.  The Scheduling Conference scheduled for May 19, 2011, at 9:30 a.m., before Magistrate Judge Michael E. Hegarty, and all corresponding deadlines are vacated.

DATED: _____, 2011

BY THE COURT:

_____
Judge Philip A. Brimmer
United States District Court