IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00496-PAB-MEH

NEAL GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,
GOLDMAN, SACHS & CO., and
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2011.**

    Defendant Onex Corporation's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint [filed May 12, 2011; docket #46] is **denied as moot**. All proceedings of this case, including pending deadlines, have been temporarily stayed pending resolution of the motion for preliminary injunction in the Delaware action. If necessary, the Court will set deadlines for answers or other responses to the Amended Complaint once the stay is lifted.