**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00496-PAB-MEH

NEAL GREENBERG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

## NOTICE OF MOTION FOR CONSOLIDATION

Plaintiff Neal Greenberg and Defendants Emergency Medical Services Corporation ("EMS"), Clayton, Dubilier & Rice, LLC ("CD&R"), Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Inc., Onex Corporation, William A. Sanger, Robert M. Le Blanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, and Leonard Riggs, Jr., through their respective undersigned counsel, hereby provide notice that this action is the subject of a motion for consolidation

filed today in the following case also pending in this Court, *Wooten v. Emergency Medical Services Corp.,* Civil Action No. 1:11-cv-00412-WDM –MEH..

Respectfully submitted this 15th day of July, 2011.

| /s/ *Jeffrey A. Berens* | /s/ *William J. Leone* |
|---|---|
| Robert J. Dyer, III<br>Jeffrey A. Berens<br>Darby K. Kennedy<br>DYER & BERENS, LLP<br>303 E. 17th Avenue, Suite 300<br>Denver, Colorado 80203<br>Phone: (303) 861-1764<br>Fax: (303) 395-0393<br>Email: bob@dyerberens.com<br>          jeff@dyerberens.com<br>          darby@dyerberens.com<br><br>Counsel for Plaintiff | William J. Leone<br>Marie E. Williams<br>FAEGRE & BENSON LLP<br>1700 Lincoln Street, Suite 3200<br>Denver, Colorado 80203<br>Phone: (303) 607-3500<br>Fax: (303) 607-3600<br>Email: WLeone@faegre.com<br>          MWilliams@faegre.com<br><br>Counsel for Defendants Emergency Medical Services Corporation, William A. Sanger, Robert M. Le Blanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, and Leonard Riggs, Jr. |
| /s/ *David B. Wilson* | /s/ *Bruce A. Featherstone* |
| David B. Wilson<br>HOLME ROBERTS & OWEN, LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, Colorado 80203-4541<br>Phone: (303) 861-7000<br>Fax: (303) 866-0200<br>Email: david.wilson@hro.com<br><br>Counsel for Defendant Clayton, Dubilier & Rice, LLC | Bruce A. Featherstone<br>FEATHERSTONE PETRIE DESISTO, LLP<br>600 17th Street, Suite 2400 South<br>Denver, Colorado 80202-5424<br>Phone: (303) 626-7125<br>Fax: (303) 626-7101<br>Email: bfeatherstone@featherstonelaw.com<br><br>Counsel for Defendant Goldman, Sachs & Co. |

/s/ *Edwin P. Aro*
Edwin P. Aro
Timothy R. Macdonald
ARNOLD & PORTER, LLP
370 17th Street, Suite 4500
Denver, Colorado 80202-1370
Phone: (303) 863-1000
Fax: (303) 832-0428
Email: ed.aro@aporter.com
     timothy_macdonald@aporter.com

Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

/s/ *Mark A. Wielga*
Mark A. Wielga
TEMKIN WIELGA & HARDT LLP
1900 Wazee St., Suite 303
Denver, CO 80202
Wielga@twhlaw.com
Phone: (303)382-2919
Fax: (303) 292-4921

Counsel for Defendant Onex Corporation