IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00496-PAB-MEH

NEAL GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2011.**

    The Unopposed Motion of All Defendants for Extension of Time to Answer or Otherwise Respond to the Amended Complaint [filed July 15, 2011; docket #62] is **granted as follows**. The Court will stay the deadline for response to the Amended Complaint to and including August 10, 2011, at which time the Court will address the issue at the Scheduling Conference in this case. The parties are directed to include in the proposed Scheduling Order their proposed schedule for response to the operative pleading or for filing of a Second Amended Complaint and response.