## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00412-WDM-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

      Defendants.

---

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR CONSOLIDATION

---

      THIS MATTER comes before the Court on the Parties' Joint Motion for Consolidation. Having reviewed the Motion, and finding good cause, the Court ORDERS as follows:

      1.     The Motion is GRANTED.

      2.     The proceedings in *Greenberg v. Emergency Medical Services Corporation, et al.*, Civil Action No. 1:11-cv-00496-PAB-MEH are consolidated for all purposes with this action. Filings in the consolidated cases shall be made under Civil Action No. 1:11-cv-00412-WDM-MEH.

#1555383 v1 den

DONE this 19th day of July, 2011.

BY THE COURT:

Walker D. Miller
Senior United States District Judge